IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV426-1-MU

| | |
|---|---|
| ROGER KEVIN WALSH, )<br>)<br>Plaintiff, )<br>Vs. )<br>)<br>JIM PENDERGRAPH, et al., )<br>)<br>Defendants. ) | ORDER |

**THIS MATTER** comes before the Court upon its own motion.

Plaintiff filed a Complaint on October 9, 2007. Defendant Gravitt has filed an Answer to Plaintiff's Complaint. If either party wishes to file a dispositive motion it must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty days of the filing of this Order.

Signed: December 4, 2007

Graham C. Mullen
United States District Judge