# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Roger Kevin Walsh,

    Plaintiff(s),

vs.

Jim Pendergraph, Elaine Gravitt,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv426

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/19/2008 Order.

Signed: May 19, 2008

Frank G. Johns, Clerk
United States District Court